AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **6:26-cv-01128-RBD-RMN**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Shergroup Global Consulting LLC**
was received by me on  **5/22/2026:**

☐  I personally served the **SUMMONS; COMPLAINT; EXHIBITS; CIVIL COVER SHEET** on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Ms Rodriguez Reception Mgr**, who is designated by law to accept service of process on behalf of **Shergroup Global Consulting LLC** at **1420 Celebration Blvd Ste 200, Kissimmee, FL 34747** on **05/26/2026 at 11:21 AM**; or

☐   I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 76.00** for services, for a total of **$ 76.00**.

I declare under penalty of perjury that this information is true.

Date:  05/26/2026

_____
*Server's signature*

**Miguel Jose Alvarez**
*Printed name and title*

1420 Celebration Blvd.
200
Celebration, FL 34747

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; EXHIBITS; CIVIL COVER SHEET,  to Ms Rodriguez Reception Mgr who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic female contact 35-45 years of age, 5'4"-5'6" tall and weighing 120-140 lbs.**




Tracking #: **0224896679**