AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.        **6:26-CV-01128-RBD-RMN**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Claire Sandbrook**
was received by me on  **5/28/2026:**

☐   I personally served the **SUMMONS IN A CIVIL ACTION** on the individual at *(place)*  on *(date)* ; or

☒   I left the summons at the individual's residence or usual place of abode with **Steve Sandbrook**, a person of suitable age and discretion who resides at **16103 Ridgewood Ave, Montverde, FL 34756**, on **06/12/2026 at 2:00 PM**, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐    I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 76.00** for services, for a total of **$ 76.00**.

I declare under penalty of perjury that this information is true.

Date:  06/12/2026

_____
*Server's signature*

**Tabatha Lynn Fladger**
*Printed name and title*

**4919 Lyric Dr**
**Mascotte, FL 34753**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION,  to Steve Sandbrook who identified themselves as the subject's spouse, co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a red-headed white male contact 55-65 years of age, 5'10"-6'0" tall and weighing 200-240 lbs with an accent.**





Tracking #: **0227635600**