**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SHERGROUP USA, LLC; INTREPID
SERVICES INTERNATIONAL, LLC;
and ONE WORLD SERVICES, LLC,

     Plaintiffs,

v.                                 Case No:   6:26-cv-1128-RBD-RMN

CLAIRE SANDBROOK; and
SHERGROUP GLOBAL
CONSULTING LLC,

     Defendants.

_____

**ORDER**

On May 22, 2026, the Court issued its standard Initial Order. (Doc. 5.) Among other things, the Order directed each party to file a Corporate Disclosure Statement within fourteen days of the date of the Order or the date of first appearance. (Doc. 5, p. 1-2.) The Order also directed counsel to file a Notice of Pendency of Other Actions within fourteen days of the date of the order. (Doc. 5, p. 2.) The Plaintiffs have yet to submit the filings, even though the deadline has passed.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that on or before **July 1, 2026,** the Plaintiffs are DIRECTED to file a Notice of Pendency of Other

Actions and a Corporate Disclosure Statement to comply with the Court's Order.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 17, 2026.



ROY B. DALTON, JR.
United States District Judge