**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Shergroup USA, LLC, Intrepid
Services International, LLC,
and One World Services, LLC,

      Plaintiffs,

                              Case No.: 6:26-cv-01128-RBD-RMN

      v.

Claire Sandbrook and
Shergroup Global Consulting LLC,

      Defendants.

_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

      In accordance with Local Rule 1.07(c), I certify that the instant action:

**_____**    IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

**_X_**    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

      I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

1

Dated: <u>June 17, 2026.</u>

Respectfully submitted,

<u>/s/ Julia Hannah Weber</u>
Julia Hannah Weber
LEAD COUNSEL FOR PLAINTIFFS
Florida Bar No. 1045592
**SOUTHRON FIRM, P.A.**
400 N. Ashley Drive, Suite 1720
Tampa, Florida 33602
Tel. (813) 773-5105
Fax (813) 683-4338
julia.weber@southronfirm.com
eservice@southronfirm.com

Joseph F. Southron, Esq.
Florida Bar No. 122109
**SOUTHRON FIRM, P.A.**
400 N. Ashley Drive, Suite 1720
Tampa, Florida 33602
Tel. (813) 773-5105
Fax (813) 773-5103
joe@southronfirm.com
eservice@southronfirm.com
*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was filed on

June 17, 2026, with the Court via CM/ECF system, which will send notification

of such filing to all parties and counsel of record.

<u>/s/ Julia Hannah Weber</u>
Julia Hannah Weber

2