UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHERGROUP USA, LLC, INTREPID
SERVICES INTERNATIONAL, LLC, and
ONE WORLD SERVICES, LLC,

     Plaintiffs,

v.                                Case No. 6:26-cv-01128-RBD-RMN

CLAIRE SANDBROOK and
SHERGROUP GLOBAL CONSULTING LLC,

     Defendants.

_____/

### DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, CLAIRE SANDBROOK ("Sandbrook"), by and through her undersigned counsel, hereby files this Unopposed Motion to Extend Time to Respond to Plaintiff's Complaint. Defendant states in support hereof:

1.     Sandbrook was served with Plaintiff's Complaint on June 12, 2026, 2026, by substitute service. Sandbrook's deadline to respond to the Complaint is July 6, 2026.

2.     Sandbrook is the principal for Shergroup Global Consulting, LLC ("SGC"), a Co-Defendant in this case. SGC filed an answer to the Complaint on June 16, 2026.

3.      Sandbrook believes there is a basis to compel arbitration in this matter. Sandbrook's counsel has conferred with Plaintiff's counsel regarding the arbitrability of this matter; however, the parties need additional time to confer. If arbitration of some or all of this dispute is agreed to, the requested extension will allow for greater efficiency in responding to the portions of the Complaint which remain pending.

4.      Sandbrook requests an extension of 15 days until July 21, 2026, to respond to the Complaint. This extension will allow the parties sufficient time to confer and determine whether arbitration is appropriate.

5.      In accordance with Local Rule of Civil Procedure 3.01(g), Spencer M. Gledhill, Esq., counsel for Sandbrook, conferred via telephone with Julia Webner, counsel for Plaintiffs, on July 1, 2026, and again by email on July 6, 2026, and Plaintiffs' counsel stated she had no opposition to the relief requested in this motion.

6.      In accordance with Federal Rule of Civil Procedure 6(b)(1)(A), this request is made in good faith, for cause, and is not being made to hinder or delay this action. No party will be prejudiced by the Court allowing this extension.

WHEREFORE, Defendant, CLAIRE SANDBROOK, respectfully requests that this Court enter an order granting an extension of the deadline to respond to the Complaint and for such other relief as this Court deems proper.

/s/ Robert W. Anthony
Robert W. Anthony, Esquire
Florida Bar No. 346918
Spencer M. Gledhill, Esq.
Florida Bar No. 087247
Robert W. Anthony, Esquire
Florida Bar No. 346918
Fassett, Anthony & Taylor, P.A.
1325 W. Colonial Drive
Orlando, FL 32804
Phone: (407) 872-0200/Fax: (407) 422-8170
Primary Emails: ranthony@fassettlaw.com;
sgledhill@fassettlaw.com
Secondary Emails: ksimpkins@fassettlaw.com
lpropst@fassettlaw.com
Counsel for Defendants

Good Faith Certificate

In accordance with Local Rule of Civil Procedure 3.01(g), the undersigned counsel conferred with Julia Webner by telephone on July 1, 2026 and by email on July 6, 2026. Plaintiffs' counsel does not oppose the relief requested in this motion.

/s/ Robert W. Anthony
Robert W. Anthony, Esq.
Florida Bar No. 346918

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION
CASE NO. 6:26-cv-01128-RBD-RMN
Defendant's Motion For Extension
Page **4** of **4**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 6, 2026, I electronically filed a copy of the

foregoing with the Clerk of the Court for the United States District Court for the

Middle District of Florida by using the CM/ECF system which will send a notice

of the electronic filing to the parties on the Service List.


/s/Robert W. Anthony
Robert W. Anthony, Esquire
Florida Bar No. 346918
Spencer M. Gledhill, Esq.
Florida Bar No. 087247
Fassett, Anthony & Taylor, P.A.
1325 W. Colonial Drive
Orlando, FL 32804
Phone: (407) 872-0200/Fax: (407) 422-8170
Primary Emails: ranthony@fassettlaw.com;
sgledhill@fassettlaw.com
Secondary Emails: ksimpkins@fassettlaw.com
lpropst@fassettlaw.com
Counsel for Defendants