UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHERGROUP USA, LLC, INTREPID
SERVICES INTERNATIONAL, LLC, and
ONE WORLD SERVICES, LLC,
    Plaintiffs,

v.                                Case No. 6:26-cv-01128-RBD-RMN

CLAIRE SANDBROOK and
SHERGROUP GLOBAL CONSULTING LLC,
    Defendants.
_____/

### DECLARATION OF CLAIRE SANDBROOK

I, CLAIRE SANDBROOK, pursuant to 28 U.S.C. § 1746, hereby declare:

1. My name is Claire Sandbrook. I am over the age of eighteen and am otherwise competent to make this Declaration.

2. I am a Defendant in the above-captioned action. I am the sole member, manager, and registered agent of Defendant Shergroup Global Consulting LLC ("SGC"). I hereby make this Declaration based on my personal knowledge.

3. As part of the Operating Agreement, the parties also executed a separate document which they referred to as the Side Bar Agreement. The Side Bar Agreement includes, among other things, an arbitration provision in Article 5.3.1 that requires final and binding arbitration of "all claims or disputes relating

Docusign Envelope ID: FC533C4A-75AF-8B52-8326-49F4D09ABF93

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION
CASE NO. 6:26-cv-01128-RBD-RMN
Declaration of Claire Sandbrook

in any way to the performance, interpretation, validity, or breach" of the Side Bar Agreement. True and correct copies of the Side Bar Agreement signed by some of the parties thereto are attached hereto as **Composite Exhibit "A."**

4.      Shergroup USA is a company that provides security related services. Its principal place of business was originally in Florida before being moved to Alabama. However, Shergroup USA offered services throughout the United States, including one client located in Colorado.

5.      Although the copy of the Side Bar Agreement in my possession is not signed by all parties, my best recollection and understanding is that all parties signed the Side Bar Agreement.  Specifically, the signed copies of the Side Bar Agreement which are attached hereto were exchanged via email, but the parties then met in person and signed the Side Bar Agreement as a group before attending a dinner together.  I signed the Side bar Agreement in May of 2022 with the other parties, and I signed the copy attached hereto contemporaneous with this motion to indicate my acceptance. Although I do not know where the fully executed version of the Side Bar Agreement is, upon information and belief the Side Bar Agreement is either in Plaintiffs' possession or is in possession of one or more of the representatives of the parties who assisted with the negotiation and drafting of the Side Bar Agreement.

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION
CASE NO. 6:26-cv-01128-RBD-RMN
Declaration of Claire Sandbrook

6.    The Side Bar Agreement was negotiated as part of the Operating Agreement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___ 21.00 ___ day of July, 2026.

DocuSigned by:

Claire Sandbrook

01512282F7C54DE...

Claire Sandbrook

3