**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SHERGROUP USA, LLC, INTREPID SERVICES INTERNATIONAL, LLC, and ONE WORLD SERVICES, LLC,

Plaintiffs,

Case No. 6:26-cv-01128-RBD-RMN

v.

CLAIRE SANDBROOK and SHERGROUP GLOBAL CONSULTING LLC,

Defendants.
_____________________________/

**NOTICE OF MEDIATION**

PLEASE TAKE NOTICE that Plaintiffs, Shergroup USA, LLC, Intrepid Services International, LLC, and One World Services, LLC, have conferred pursuant to this Court's Case Management and Scheduling Order entered on August 3, 2026 at Doc. # 23, and have scheduled mediation in this action for January 21, 2027 at 9:00 AM before Retired Judge Gregory Holder. Mediation will be held virtually.

Dated: August 17, 2026.

Respectfully submitted,

/s/ Julia Hannah Weber
Julia Hannah Weber
Florida Bar No. 1045592
LEAD COUNSEL FOR PLAINTIFF
Joseph F. Southron, Esq.
Florida Bar No. 122109
**SOUTHRON FIRM, P.A.**
400 N. Ashley Drive, Suite 1720
Tampa, Florida 33602
Tel. (813) 773-5105
Fax (813) 683-4338
julia.weber@southronfirm.com
joe@southronfirm.com
eservice@southronfirm.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed on August 17, 2026, with the Court via CM/ECF system, which will send notification of such filing to all parties and counsel of record.

/s/ Julia Hannah Weber
Julia Hannah Weber
Florida Bar No. 1045592
*For the Firm*