**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SHERGROUP USA, LLC, INTREPID
SERVICES INTERNATIONAL, LLC, and
ONE WORLD SERVICES, LLC,

Plaintiffs,

v. Case No. 6:26-cv-01128-RBD-RMN

CLAIRE SANDBROOK and
SHERGROUP GLOBAL CONSULTING LLC,

Defendants.

_______________________________________/

**JOINT STIPULATION AS TO THE SIDE BAR AGREEMENT**

Plaintiffs, SHERGROUP USA, LLC, INTREPID SERVICES INTERNATIONAL, LLC and ONE WORLD SERVICES, LLC ("Plaintiffs"), and Defendants, CLAIRE SANDBROOK and SHERGROUP GLOBAL CONSULTING LLC ("Defendants"), by and through their undersigned counsel, hereby file this Joint Stipulation as to the Side Bar Agreement, and in support thereof, state as follows:

1. On October 13, 2026, the Court issued an Endorsed Order Directing the parties to file the fully executed version of the Side Bar Agreement signed in May of 2022 by Monday, October 19, 2026, or to state whether there is any dispute about the Side Bar Agreement being signed.

2. Plaintiffs and Defendants agree there is no controversy regarding whether the Side Bar Agreement was fully executed even though a fully executed Side Bar Agreement cannot be located.

3. The Parties agree the Side Bar Agreement that was filed with the Defendants' Motion to Compel Arbitration and Incorporated Memorandum of Law (Document #20) was executed by all the signatories and is enforceable.

/s/ Spencer M. Gledhill
Spencer M. Gledhill, Esq.
Florida Bar No. 0087247
sgledhill@fassettlaw.com
1325 W. Colonial Drive
Orlando, FL 32804
***Counsel for Defendants***

/s/ Julia Hannah Weber
Julia Hannah Weber, Esq.
Florida Bar No. 1045592
julia.weber@southronfirm.com
400 N. Ashley Drive, Ste 1720
Tampa, FL 33602
***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Courts by using the Florida eFiling Portal system which will send an email notification to all counsel of record, on this 19th day of October 2026.

/s/ Spencer M. Gledhill
Spencer M. Gledhill, Esq.
Fla. Bar No. 0087247
Fassett, Anthony & Taylor, P.A.

1325 W. Colonial Drive
Orlando, FL 32804
Telephone: (407) 872-0200
Facsimile: (407) 422-8170
Primary Email: sgledhill@fassettlaw.com
Secondary Email:ksimmons@fassettlaw.com
Counsel for Defendants