# EXHIBIT B

Gmail

Julia Weber <julia.weber@fourriverslaw.com>

# Shergroup Discovery

2 messages

**Spencer Gledhill** <sgledhill@fassettlaw.com> Wed, Sep 9, 2026 at 4:10 PM
To: Julia Weber <julia.weber@southronfirm.com>
Cc: Lauren Propst <lpropst@fassettlaw.com>, Robert Anthony <ranthony@fassettlaw.com>

Julia,

Regarding the requests to produce and interrogatories served on each of the Defendants on August 12th, will you agree to a 30 day extension to respond and object?

Sincerely,

Spencer M. Gledhill, Esq.

Fassett, Anthony & Taylor, P.A.

1325 W. Colonial Drive

Orlando, Florida 32804

Phone: 407-872-0200 x 3008

Fax: 407-422-8170

Email: sgledhill@fassettlaw.com

Website: http://www.fassettlaw.com

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, forwarding, or copying of

this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail or telephone, and delete the original message immediately.

DISCLAIMER: Disclaimer Under Circular 230: Any statements regarding tax matters made herein, including any attachments, cannot be relied upon or used by any person to avoid tax penalties and are not intended to be used or referred to in any marketing or promotional materials. Fassett, Anthony & Taylor, P.A. does not provide legal advice as to tax matters, tax treatment and/or the reporting of any such tax amounts.

---

**Julia Weber** <julia.weber@southronfirm.com> Thu, Sep 10, 2026 at 3:11 PM
To: Spencer Gledhill <sgledhill@fassettlaw.com>
Cc: Lauren Propst <lpropst@fassettlaw.com>, Robert Anthony <ranthony@fassettlaw.com>, eservice <eservice@southronfirm.com>

Good afternoon Spencer, no objection. Thanks.

**Please REPLY ALL to ensure your email is responded to in a timely manner**

Best,

**Julia Weber**
**Attorney & Partner, Southron Firm, P.A.**

Phone: (813) 773-5105 | www.southronfirm.com

julia.weber@southronfirm.com

400 N Ashley Dr Suite 1720, Tampa, FL 33602

We have rebranded! The Four Rivers Law Firm is now Southron Firm. Same people, same team, but with a new name!

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

Nothing contained in this message (including attachments) shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act ("UETA"), Florida Statutes §668.50, or any other law governing electronic transactions. Contract formation shall occur only with manually affixed original signatures on original documents. This message does not provide an opinion, nor without a fee agreement signed by the firm, confirm representation or counsel.

[Quoted text hidden]