# EXHIBIT C

Gmail **Julia Weber <julia.weber@fourriverslaw.com>**

## Conferral of Counsel

**Julia Weber** <julia.weber@southronfirm.com> Wed, Oct 7, 2026 at 3:00 PM
To: Spencer Gledhill <sgledhill@fassettlaw.com>
Cc: Robert Anthony <ranthony@fassettlaw.com>, Karen Simmons <ksimmons@fassettlaw.com>, Lauren Propst <lpropst@fassettlaw.com>, eservice <eservice@southronfirm.com>

Good afternoon Spencer, my apologies for the delay as I'm traveling for a case right now. What is your basis for wanting to stay discovery pending a ruling? I think we can agree that the parties engaging in discovery will not operate as a waiver for purposes of compelling arbitration as her position has already been preserved by the motion. You also recently served initial discovery disclosures, and we will be providing you ours asap. We had also discussed mediating sooner rather than later, and I explained that as long as my client got some discovery on certain topics they would be amenable to early mediation, and that mediation is scheduled as well. The arbitration agreement also provides for a very compressed timeline of disclosing relevant information to each side so I would imagine if your client wants to compel arbitration, she would also want that accelerated discovery timeline just as much as my clients want discovery. I don't think a stay of discovery is in the best interests of either party at this time.

**Please REPLY ALL to ensure your email is responded to in a timely manner**

Best,

**Julia Weber**
**Attorney & Partner, Southron Firm, P.A.**

Phone: (813) 773-5105 | www.southronfirm.com

julia.weber@southronfirm.com

400 N Ashley Dr Suite 1720, Tampa, FL 33602

We have rebranded! The Four Rivers Law Firm is now Southron Firm. Same people, same team, but with a new name!

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as

information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

Nothing contained in this message (including attachments) shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act ("UETA"), Florida Statutes §668.50, or any other law governing electronic transactions. Contract formation shall occur only with manually affixed original signatures on original documents. This message does not provide an opinion, nor without a fee agreement signed by the firm, confirm representation or counsel.

On Wed, Oct 7, 2026 at 11:23 AM Spencer Gledhill <sgledhill@fassettlaw.com> wrote:

Julia, just following up on this.  Let me know if you have time today for a quick conferral call. Thanks.

Spencer M. Gledhill, Esq.

Fassett, Anthony & Taylor, P.A.

1325 W. Colonial Drive

Orlando, Florida 32804

Phone: 407-872-0200 x 3008

Fax: 407-422-8170

Email: sgledhill@fassettlaw.com

Website: http://www.fassettlaw.com

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, forwarding, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail or telephone, and delete the original message immediately.

DISCLAIMER: Disclaimer Under Circular 230: Any statements regarding tax matters made herein, including any attachments, cannot be relied upon or used by any person to avoid tax penalties and are not intended to be used or referred to in any marketing or promotional materials.  Fassett, Anthony & Taylor, P.A. does not provide legal advice as to tax matters, tax treatment and/or the reporting of any such tax amounts.

**From:** Spencer Gledhill
**Sent:** Tuesday, October 6, 2026 4:55 PM
**To:** Julia Weber <julia.weber@southronfirm.com>
**Cc:** Robert Anthony <ranthony@fassettlaw.com>; Karen Simmons <ksimmons@fassettlaw.com>; Lauren Propst <lpropst@fassettlaw.com>
**Subject:** RE: Conferral of Counsel

Julia, please excuse the typo in my email below regarding the motion to compel discovery. I meant the motion to compel arbitration.

Spencer M. Gledhill, Esq.

Fassett, Anthony & Taylor, P.A.

1325 W. Colonial Drive

Orlando, Florida 32804

Phone: 407-872-0200 x 3008

Fax: 407-422-8170

Email: sgledhill@fassettlaw.com

Website: http://www.fassettlaw.com

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, forwarding, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail or telephone, and delete the original message immediately.

DISCLAIMER: Disclaimer Under Circular 230: Any statements regarding tax matters made herein, including any attachments, cannot be relied upon or used by any person to avoid tax penalties and are not intended to be used or referred to in any marketing or promotional materials. Fassett, Anthony & Taylor, P.A. does not provide legal advice as to tax matters, tax treatment and/or the reporting of any such tax amounts.

---

**From:** Spencer Gledhill
**Sent:** Tuesday, October 6, 2026 3:33 PM

**To:** Julia Weber <julia.weber@southronfirm.com>
**Cc:** Robert Anthony <ranthony@fassettlaw.com>; Karen Simmons <ksimmons@fassettlaw.com>; Lauren Propst <lpropst@fassettlaw.com>
**Subject:** Conferral of Counsel

Julia,

This email is in follow up to phone call to your office. I understand you are out for the remainder of the day so your receptionist asked me to send you an email. As we are still awaiting the order on the motion to compel discovery, the Defendants intend to ask the court for a stay of discovery. Please give me a call when you can so we can discuss.

Sincerely,

Spencer M. Gledhill, Esq.

Fassett, Anthony & Taylor, P.A.

1325 W. Colonial Drive

Orlando, Florida 32804

Phone: 407-872-0200 x 3008

Fax: 407-422-8170

Email: sgledhill@fassettlaw.com

Website: http://www.fassettlaw.com

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, forwarding, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail or telephone, and delete the original message immediately.

DISCLAIMER: Disclaimer Under Circular 230: Any statements regarding tax matters made herein, including any attachments, cannot be relied upon or used by any person to avoid tax penalties and are not intended to be used or referred to in any marketing or promotional materials. Fassett, Anthony & Taylor, P.A. does not provide legal advice as to tax matters, tax treatment and/or the reporting of any such tax amounts.